**Exhibit A to the Complaint**

**Location:** Plainsboro, NJ  
**Total Works Infringed:** 25

**IP Address:** 173.72.0.175  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B9E42225E594D4EE836418B3C03441D7691BDBAB<br>File Hash: 5EA234F8EC39BB36C43F68E6292B2B40D7C456BADD6AEFC359573224175E6452 | 04-17-2021 18:14:13 | Tushy | 04-21-2018 | 05-23-2018 | PA0002101309 |
| 2 | Info Hash: 614B7983C363991697DCE77186A7888DFD67F5D1<br>File Hash: 291B19F8A7A8DC044E71487AE789ED36CB594C8A9982890EF32ADD1187F6E4B2 | 04-17-2021 18:14:12 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 3 | Info Hash: D3247CC518A04F75FC1AE5FE72A890E40B473D5A<br>File Hash: 10F38DCEF6015909101932B11D86ECFEDCA1957B5B105421880C4D375D129167 | 04-17-2021 18:14:12 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 4 | Info Hash: 6A3ECEBE78BF7F672C2BE2B09625886EB8FAEC19<br>File Hash: FB72278C5D5147EAD5F514397207DB4D8503BB87A38D7B2D1F3FA196F6B9BE5C | 04-17-2021 18:14:12 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 5 | Info Hash: 7AB94114ACD5F6F0B2B31183637890C17432967B<br>File Hash: D50D38443EB851E359558EEA97D6D3C3AA1E83530AFA07DBDA7111F51D73FB86 | 04-17-2021 06:01:27 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 6 | Info Hash: 1353D50C4EAEEB48592F06761F7D1B8F76078E67<br>File Hash: EE783E0A07A576007187F56864AB35D1759FDA96881F1892692F4A92BD2B6AE0 | 04-17-2021 05:57:20 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 7 | Info Hash: D95E7A69AFB7C11DE40F9CD0E4BDC1C940C30E74<br>File Hash: EA3A26187CAEF8E1E3C64012EA08BB3CE75D4D18FCDDCFA2A5E92BEF7112E0B0 | 04-17-2021 05:57:16 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 8 | Info Hash: E8C76AFAEE524EDA7329CCD73D6045D01D33A134<br>File Hash: 7C71A9E4E2E7072F27DBC564C777B946B5A8327482E38309774C84B06DA8126B | 04-16-2021 20:48:59 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DF56BDE9D834D954D39427594F8353668FF7DBBE<br>File Hash: F530C16B43C2EDF6B76D3C296E37E935FD5316C1D52731811036D6259E5FF417 | 04-15-2021 18:48:02 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 10 | Info Hash: E41C90221769A1961A5EC20D3FD99801CA822C65<br>File Hash: D90C0BB94C6B4909EBE8B787F6EC395AE0BF45587AB3967F242653BAEF49DDC2 | 04-15-2021 18:46:10 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 11 | Info Hash: 9F86DBA6E4E74687808F518164F8D891ABCCBF4A<br>File Hash: ED5FE8508EFF80F11C3CB5809A5044EAECBE13611CA4B76B8B8B0D2B7B81A059 | 04-15-2021 18:45:06 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 12 | Info Hash: FE39146F9DAF4014E1B016D7A4A99B25F4BAE402<br>File Hash: B537777134FFFE0A3C4ED930D7E2EE8EBA2DEEF32DA1B6AA08E0ABA59EC6D2FB | 04-05-2021 20:35:58 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 13 | Info Hash: 912753D1A980BA2186A49092BDE770DCD574F725<br>File Hash: DD8D479701A85D461DBA098582FBC5833F24FFF154C79939A98E81C26DEDD854 | 03-27-2021 03:03:51 | Tushy | 03-22-2020 | 04-15-2020 | PA0002244961 |
| 14 | Info Hash: 0C38052DA135D91590C9D84E79AC21628D9E9BB6<br>File Hash: ECAD33CF56FD7D92600D3CFDC62C7BAD8785454E8944113E2C5D123E526BEBE1 | 01-28-2021 15:03:51 | Tushy | 09-23-2017 | 10-09-2017 | PA0002086134 |
| 15 | Info Hash: 1331C09F5E9C1B5BAC97277942F7CFE5EAE93133<br>File Hash: 626DBEF19B2578CC20ABDD2024733575548EAA77AA437391215295B6005E9F1A | 01-23-2021 19:06:01 | Blacked | 11-16-2017 | 11-21-2017 | PA0002098042 |
| 16 | Info Hash: 6BB7E42B94F9EE1B4C4BFD79D7972BD27D47E83F<br>File Hash: E6313F93D753DC6CA3AAB2AA980D2BE5CA50650D3502A6AC077E51D03CB16A80 | 01-23-2021 18:58:54 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 17 | Info Hash: 21D9AA5200CF2D2C57546E00D62C882BD820CFA7<br>File Hash: 633DE19B5042516CF68BF03D9B7B93F7E04D463AAF7A92C6FD0A862AF9EFA954 | 01-11-2021 18:06:42 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9701451103679F5D5651971A15DE233D214BB122<br>File Hash: 82CE426AC575D48C2DBD2CD5E5820098F010268340011C80A69E0B7A3B4CC322 | 01-11-2021 13:44:49 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 19 | Info Hash: 8FC8CC42EE864EE4D299EE1268DFD94B12147B03<br>File Hash: 75F6DAF3CDC0FE1DC0437BFE906A69471B248126667ED6D1FA5DD608C3107350 | 01-11-2021 03:51:30 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 20 | Info Hash: 260B6A15B3A8C071E6B020C852AA650E5BCF6044<br>File Hash: A2C1610F4A30477AF4ED7E9AFF2D064E10EAFDF4F0DEBA1BB9A30AD193A2D0C9 | 01-11-2021 03:47:45 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |
| 21 | Info Hash: 348491D028380E09A820D32020245D6E81C1CF74<br>File Hash: AA8F1B317FBDDC718CDB60C8B7FE10EABD18A879658149E4239E63795F743CBD | 12-30-2020 04:15:52 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 22 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 11-09-2020 22:11:02 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 23 | Info Hash: CAA826F9C923642031C0DF6F327FF59E431479B7<br>File Hash: E2F738840E6E107E1A4FF663926131D28FB2183B5287A58B231EE5AE093479EE | 11-01-2020 20:29:57 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |
| 24 | Info Hash: B55273ACD9A5F8067AF457FE548B2F6B2F83C3CF<br>File Hash: 64A3DD36E0979BE72DA5AB67B7F966675E2C10420C2A021210745E6684C67CA7 | 10-31-2020 01:41:02 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 25 | Info Hash: 112F44AAEB428446B2368D0F8FB57765BE27D044<br>File Hash: 96225DF0286806DF434A704A453B2DB47BD092623EE2AD64A84F07040BB2C1B1 | 10-28-2020 19:21:08 | Vixen | 11-30-2018 | 12-18-2018 | PA0002141918 |